OSCAR GOLDMAN v. HARRY L. GOLDMAN and Others, Impleaded with ROSE GOLDMAN and Another.— Motion granted upon condition that appellants file a surety company bond satisfactory as to form and amount to the respondent, within ten days from service of order. Present— Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ST. LUKE'S HOSPITAL v. SAMUEL LEWSI, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of DALLAS S. TOWNSEND and STUART S. JANNEY for Appointment as Ancillary Committee of the Person and Property of ISABEL D. McHIE, an Incompetent.— Motion granted upon condition that appellant procure the record on appeal to be filed on or before September 15, 1931, with notice of argument for October 9, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Arbitration of Certain Controversies between EASTON STRUCTURAL STEEL COMPANY, INC., and EIGHTH AVENUE AND TWENTY-THIRD STREET CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CONSOLIDATED INDEMNITY AND INSURANCE COMPANY v. PHILIP H. DEIN.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ABRAHAM B. WERNOW v. WILLIAM L. ROVNER, as President of COLUMBUS CIRCLE TAXI GROUP.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

BERTHA COOPER v. ROBERT COOPER.— Motion granted in so far as to stay pending appeal payment of one-half the counsel fee, and in other respects denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

TERRILLSEN CORPORATION v. MARGARET MOSAPP and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

POMOSIN WERKE, G. M. B. H. v. NORTHERN MERCANTILE Co., INC.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JAMES D. McCAULEY v. OBCANSKA ZALOZNA V KARLINE.— Motion granted upon condition that plaintiff stipulates to adjourn the trial until the appeal is decided and the examination had, if plaintiff be held to be entitled thereto, unless defendant desires to have no adjournment of the trial. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.